# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:21-mj-593 TMD |
| CLAYTON ALEXANDER MCCOY | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 30, 2020 in the county of Carroll in the District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844 (d) | Transporting Explosives with Intent to Injure |
| 18 U.S.C. § 924 (c) | Using, Carrying, or Possession a Destructive Device During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

DAWN MACHON
Digitally signed by DAWN MACHON
Date: 2021.03.03 11:57:26 -05'00'

*Complainant's signature*

Dawn Machon, Special Agent ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 3/3/2021

*Judge's signature*

City and state: Baltimore, Maryland   Hon. Thomas M. DiGirolamo U.S. Magistrate Judge
*Printed name and title*